**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Humberto DIAZ–VALDEZ,**
**Defendant—Appellant.**

**No. 06–30147.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 11, 2006.*

Filed Sept. 14, 2006.

Pamela Jackson Byerly, Esq., Office of the U.S. Attorney, Spokane, WA, for Plaintiff—Appellee.

Tracy Staab, Federal Public Defender's Office, Spokane, WA, for Defendant—Appellant.

Before: PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

MEMORANDUM **

Humberto Diaz–Valdez appeals the sentence imposed following his guilty plea to being found in the United States after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Diaz–Valdez contends that the district court erred in sentencing him pursuant to

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

8 U.S.C. § 1326(b)(2) to more than the two-year maximum set forth in § 1326(a) on the basis of the finding that he had a prior felony conviction that preceded his deportation when those facts were not charged in the indictment, admitted, or proved to a jury. He argues that the doctrine of constitutional avoidance requires that *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), be limited to the holding that the maximum penalty may be increased on the basis of a judicial finding regarding the fact of a prior conviction, and not be extended to allow judicial findings regarding facts about a prior conviction. This contention is foreclosed. *See United States v. Castillo–Rivera,* 244 F.3d 1020, 1025 (9th Cir.2001).

Diaz–Valdez also contends that intervening Supreme Court decisions have overruled *Almendarez–Torres* and this court's decisions interpreting *Almendarez–Torres* to allow sentence increases upon a judicial finding of the fact of a prior conviction. As he recognizes, this contention also is foreclosed. *See United States v. Beng–Salazar,* 452 F.3d 1088, 1091 (9th Cir. 2006).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.